# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bluebond, Sheri A. | Central District of California | 03/17/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

255 E. Temple Street
Suite 1534
Los Angeles, CA 90012

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | Los Angeles Bankruptcy Forum |
| 2. | Trustee | Trust No. 1 |
| 3. | Member, Board of Governors | American College of Bankruptcy Foundation |
| 4. | Member, Board of Governors | National Conference of Bankruptcy Judges |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/17/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | GlassRatner Advisory & Capital Group LLC (now known as B. Riley Financial, Inc. due to merger/acquisition) -- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/17/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bluebond, Sheri A.** | 03/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Flyer Technologies, LLC, equity interest | A | Dividend | J | W | | | | | |
| 2. Scholarshare Active Age-Based Portfolio | | None | N | T | | | | | |
| 3. Trust #1 (H) | | | | | | | | | |
| 4. -Microsoft, common stock | A | Dividend | K | T | | | | | |
| 5. -Wells Fargo Bank (Cash Accounts) | A | Interest | J | T | | | | | |
| 6. -Stamps.com, common stock | | None | L | T | | | | | |
| 7. -First Eagle Global Mutual Fund | B | Dividend | K | T | | | | | |
| 8. -Fidelity Gov't Cash Reserve fka Fidelity Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 9. -Fidelity California Municipal Income Fund | B | Dividend | K | T | Sold (part) | 03/13/20 | J | | |
| 10. | | | | | Sold (part) | 03/18/20 | J | | |
| 11. -Fidelity Large Cap Stock Fund | | None | | | Buy | 04/13/20 | J | | |
| 12. | | | | | Sold | 05/14/20 | J | A | |
| 13. -Fidelity SAI US Treas Bond Index Fund | A | Dividend | | | Buy | 05/14/20 | J | | |
| 14. | | | | | Sold | 06/06/20 | J | A | |
| 15. -Deutsche (DWS) Mngd Muni Bd Fd | A | Dividend | J | T | | | | | |
| 16. -Invesco Int'l Growth Fund | | None | | | Sold | 05/13/20 | J | A | |
| 17. -Artisan Small Cap Fund Investor CL | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bluebond, Sheri A.** | 03/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Growth Company Fund | A | Dividend | J | T | Sold (part) | 03/18/20 | J | A | |
| 19. | | | | | Sold (part) | 10/19/20 | J | B | |
| 20. -IShares Russell 1000 ETF | A | Dividend | K | T | Sold (part) | 05/14/20 | J | A | |
| 21. -IShares TR Russell Midcap ETF | A | Dividend | J | T | | | | | |
| 22. -IShares Russell 1000 Growth ETF | A | Dividend | J | T | | | | | |
| 23. -IShares S&P Sm Cap 600 Value | A | Dividend | | | Buy (add'l) | 03/20/20 | J | | |
| 24. | | | | | Sold (part) | 05/14/20 | J | A | |
| 25. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 26. | | | | | Sold (part) | 09/18/20 | J | A | |
| 27. | | | | | Sold | 09/24/20 | J | A | |
| 28. -IShares Inc. Core MSCI Emerg Markets | | None | | | Sold | 03/20/20 | J | A | |
| 29. -IShares Russell Midcap Value Index ETF | A | Dividend | J | T | | | | | |
| 30. -IShares TR US Treas. Bond ETF | A | Dividend | J | T | Buy (add'l) | 04/03/20 | J | | |
| 31. | | | | | Sold (part) | 05/14/20 | J | A | |
| 32. | | | | | Sold (part) | 06/08/20 | J | A | |
| 33. | | | | | Sold (part) | 06/25/20 | J | A | |
| 34. | | | | | Sold (part) | 09/18/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -IShares US Real Estate ETF | A | Dividend | | | Buy | 08/03/20 | J | | |
| 36. | | | | | Sold | 09/24/20 | J | A | |
| 37.  -IShares Edge MSCI USA Quality Factor | A | Dividend | | | Buy | 05/14/20 | J | | |
| 38. | | | | | Sold (part) | 06/25/20 | J | A | |
| 39. | | | | | Sold (part) | 10/19/20 | J | A | |
| 40. | | | | | Sold | 12/15/20 | J | A | |
| 41.  -IShares S&P Midcap 400 Value ETF | A | Dividend | J | T | Buy | 06/08/20 | J | | |
| 42. | | | | | Sold (part) | 08/03/20 | J | A | |
| 43.  -IShares TIPS Bond ETF | | None | | | Buy | 03/18/20 | J | | |
| 44. | | | | | Sold | 06/08/20 | J | A | |
| 45.  -MFS Int'l Diversification Fund A | A | Dividend | K | T | Sold (part) | 03/18/20 | J | A | |
| 46.  -MFS Int'l Intrinsic Value Fund CL A | A | Dividend | K | T | | | | | |
| 47.  -T Rowe Price Tax Free High Yield | A | Dividend | J | T | Sold (part) | 03/18/20 | J | A | |
| 48. | | | | | Sold (part) | 06/25/20 | J | A | |
| 49. | | | | | Sold (part) | 09/24/20 | J | A | |
| 50.  -T Rowe Price New Era Fund | A | Dividend | | | Sold | 03/04/20 | J | A | |
| 51.  -T Rowe Price Overseas Stock I, TROIX | A | Dividend | J | T | Buy | 12/16/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Vanguard Index FDS Vanguard Value | B | Dividend | L | T | | | | | |
| 53. -Vanguard Index FDS Vanguard Growth | A | Dividend | L | T | | | | | |
| 54. -Vanguard Real Estate ETF Fund | A | Dividend | J | T | Buy | 06/08/20 | J | | |
| 55. | | | | | Sold<br>(part) | 08/03/20 | J | A | |
| 56. | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 57. | | | | | Sold<br>(part) | 10/19/20 | J | A | |
| 58. | | | | | Sold<br>(part) | 11/11/20 | J | A | |
| 59. -Wells Fargo Muni Bond Fd-Admin CL | A | Dividend | J | T | | | | | |
| 60. -Causeway Emerging Markets Fund | A | Dividend | K | T | Buy<br>(add'l) | 02/25/20 | J | | |
| 61. | | | | | Sold<br>(part) | 04/13/20 | J | A | |
| 62. -Causeway Int'l Value Investor Fund | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 63. | | | | | Sold<br>(part) | 05/14/20 | J | A | |
| 64. | | | | | Buy<br>(add'l) | 08/03/20 | J | | |
| 65. | | | | | Sold<br>(part) | 10/19/20 | J | A | |
| 66. -Vanguard Sector Index FDS Vanguard<br>(Vanguard Fin'ls ETF) | A | Dividend | J | T | Sold<br>(part) | 03/20/20 | J | A | |
| 67. -Aberdeen Emerging Markets FD | A | Dividend | J | T | Sold<br>(part) | 02/13/20 | J | A | |
| 68. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 08/03/20 | J | | |
| 70. | | | | | Sold<br>(part) | 09/18/20 | J | A | |
| 71.   -Oakmark Int'l Investor FD | | None | | | Sold<br>(part) | 02/25/20 | J | A | |
| 72. | | | | | Buy<br>(add'l) | 01/08/20 | J | | |
| 73. | | | | | Sold | 03/13/20 | J | A | |
| 74.   -Blackrock Nat'l Muni Fund | A | Dividend | J | T | Buy<br>(add'l) | 01/08/20 | J | | |
| 75. | | | | | Sold<br>(part) | 03/04/20 | J | A | |
| 76. | | | | | Sold<br>(part) | 03/13/20 | J | A | |
| 77. | | | | | Sold<br>(part) | 03/18/20 | J | A | |
| 78.   -Mainstay (Mackay)Tax Free Bd Cl A | A | Dividend | J | T | | | | | |
| 79.   -Strategic Adv. Tax Short Duration Fund | A | Dividend | K | T | Buy<br>(add'l) | 03/04/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 04/24/20 | J | | |
| 81. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 82. | | | | | Sold<br>(part) | 03/13/20 | J | A | |
| 83. | | | | | Sold<br>(part) | 03/18/20 | J | A | |
| 84. | | | | | Sold<br>(part) | 05/14/20 | J | A | |
| 85. | | | | | Sold<br>(part) | 06/25/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bluebond, Sheri A. | 03/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 02/25/20 | J | A | |
| 87.   -Franklin CA Tax Free Income Class I Fund | A | Dividend | K | T | | | | | |
| 88.   -DFA Emerging Mkts Core Equities Fund | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 89. | | | | | Sold (part) | 09/18/20 | J | A | |
| 90.   -Delaware Tax Free Class A | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 91. | | | | | Sold (part) | 10/19/20 | J | A | |
| 92. | | | | | Sold (part) | 11/11/20 | J | A | |
| 93. | | | | | Sold (part) | 12/15/20 | J | A | |
| 94.   -Dodge & Cox Int'l Stock Fund | A | Dividend | J | T | Buy | 03/04/20 | J | | |
| 95. | | | | | Sold (part) | 04/13/20 | J | A | |
| 96.   -Goldman Sachs Emerg Mrkts Equity Fund | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 97. | | | | | Sold (part) | 05/14/20 | J | A | |
| 98.   -Harbor Int'l Inst Fund | A | Dividend | J | T | Buy | 06/08/20 | J | | |
| 99. | | | | | Sold (part) | 09/18/20 | J | A | |
| 100. | | | | | Sold (part) | 10/19/20 | J | A | |
| 101.   -JP Morgan Small Cap Equity Class A Fund | A | Dividend | J | T | Buy | 06/08/20 | J | | |
| 102. | | | | | Sold (part) | 08/03/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bluebond, Sheri A.** | 03/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -LSV Value Investor Equity Fund | | None | | | Buy | 03/13/20 | J | | |
| 104. | | | | | Sold (part) | 04/13/20 | J | A | |
| 105. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 106. | | | | | Sold | 11/11/20 | J | A | |
| 107.  -Transamerica Int'l Fund | | None | | | Buy | 01/08/20 | J | | |
| 108. | | | | | Sold | 02/25/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 03/17/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The entries that appear in Part VII of this report refer to my assets (with the exception of line 2, which refers to 529 accounts held for the benefit of others). I am not reporting assets that belong to my spouse, as, due to a premarital agreement, these assets are the sole financial interest and responsibility of my spouse and are not derived from any of my assets, income or activities.  I, as the reporting person, do not derive or expect to derive a benefit of any kind from my spouse's assets and have no knowledge of the assets or activities related to these assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheri A. Bluebond**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544